```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-05221-MDF
Michael Lynn Brant                                              Chapter 13
Deena Marie Brant
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRatchfor          Page 1 of 1           Date Rcvd: Aug 10, 2016
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2016.
db/jdb         +Michael Lynn Brant,   Deena Marie Brant,   4280 Drybridge Road,   Glenville, PA 17329-9089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor Michael Lynn Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Joint Debtor Deena Marie Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Nicole Bernadette LaBletta    on behalf of Creditor   PNC Bank, National Association
               nlabletta@udren.com, vbarber@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHAEL and DEENA BRANT, | : | |
| Debtors | : | CASE NO. 1:15-bk-05221-MDF |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND DIRECTING DEBTORS TO FILE AN AMENDED CHAPTER 13 PLAN

Following a hearing on confirmation of Debtors' Chapter 13 Plan, and upon consideration of the Objection filed by the Chapter 13 Trustee, the Objection is SUSTAINED, and it is hereby:

ORDERED that confirmation of Debtors' Chapter 13 Plan is DENIED; and it is

FURTHER ORDERED that Debtors FILE an Amended Chapter 13 Plan within thirty (30) days of the date of this Order or, upon certification of default, the case will be dismissed without further notice or hearing.

By the Court,

Mary D. France
Bankruptcy Judge
(JK)

Date: August 10, 2016