```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 15-05221-MDF
Michael Lynn Brant                                                      Chapter 13
Deena Marie Brant
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: REshelman        Page 1 of 1        Date Rcvd: Jan 24, 2017
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.
db/jdb         +Michael Lynn Brant,    Deena Marie Brant,    4280 Drybridge Road,    Glenville, PA 17329-9089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor Michael Lynn Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Joint Debtor Deena Marie Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Nicole Bernadette LaBletta    on behalf of Creditor   PNC Bank, National Association
               nlabletta@udren.com, vbarber@udren.com
              Thomas I Puleo   on behalf of Creditor   PNC Bank, National Association tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Lynn Brant<br>Deena Marie Brant | CHAPTER 13<br><br>CASE NO. 1:15-bk-05221-MDF |

PNC Bank, National Association,
        Movant
  vs.
Michael Lynn Brant
Deena Marie Brant,
      Debtor(s)/Respondent(s),
  and
Charles J. DeHart, III, Esquire,
      Trustee/Respondent.

Nature of Proceeding: **Stipulation Regarding Automatic Stay**

**ORDER**

    IT IS HEREBY ORDERED that the Stipulation filed regarding the above-referenced matter is APPROVED.

By the Court,

*Mary D France*
Bankruptcy Judge
(JG)

Dated: January 24, 2017