UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL LYNN BRANT and : CHAPTER 13
DEENA MARIE BRANT :
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
:
    vs. :
:
MICHAEL LYNN BRANT and :
DEENA MARIE BRANT :
    Respondent(s) : CASE NO. 1-15-bk-05221

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE
### TO MAKE PAYMENTS

AND NOW, this 8th day of February, 2017, 2016 comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, and respectfully represents the following:

    1) The debtors made a payment to the Chapter 13 Trustee by personal check on January 20, 2017 in the amount of $1,752.86.

    2) The debtors' personal check was returned to the Trustee for insufficient funds.

    3) The Trustee, by correspondence dated January 26, 2017, advised the debtors that all future payments must be by certified check or money order.

    4) The debtors made a payment on February 7, 2017, by a personal check in the amount of $1,752.86, which payment was dishonored by the bank.

    5) Trustee represents and alleges that debtors are not making payments in good faith and is further complicating the administrative process of the Chapter 13 by issuing personal

checks for which the payment is being dishonored.

WHEREFORE, your Trustee respectfully requests Your Honorable Court to dismiss debtors' Chapter 13 Petition.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

CERTIFICATE OF SERVICE

       AND NOW, this   8th   day of February, 2017 I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Keith DeArmond, Esquire
18 South George Street, Ste 610
York, PA   17401

Michael and Deena Brant
4280 Drybridge Road
Glenville, PA   17329

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL LYNN BRANT and : CHAPTER 13
DEENA MARIE BRANT :
    Debtor(s) : CASE NO.  1-15-bk-05221-MDF
:
: MOTION TO DISMISS FOR FAILURE
: TO MAKE PAYMENTS

NOTICE TO PARTIES

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for Failure to Make Payments.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| United States Bankruptcy Court<br>Ronald Reagan Federal Building<br>Bankruptcy Courtroom (3rd Floor)<br>Third & Walnut Streets<br>Harrisburg, PA   17101 | Date:   March 22, 2017<br><br>Time:   10:00 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before: **February 22, 2017.**

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

                                                Charles J. DeHart, III
                                                Standing Chapter 13 Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA   17036
                                                Phone: (717) 566-6097
                                                Fax:    (717) 566-8313
Dated:   February 8, 2017              E-Mail: dehartstaff@pamd13trustee.com.