UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


IN RE: MICHAEL LYNN BRANT and  : CHAPTER 13
        DEENA MARIE BRANT  :
          Debtor(s)  :
           :

CHARLES J. DEHART, III  :
STANDING CHAPTER 13 TRUSTEE  :
          Movant  :
           :
        vs.  :
           :
 MICHAEL LYNN BRANT and  :
    DEENA MARIE BRANT  :  CASE NO.  1-15-bk-05221-MDF
        Respondent(s)  :  MOTION TO DISMISS


<u>ORDER</u>

       Upon consideration of the Trustee's Motion to Dismiss for Failure to Make
Payments,

       IT IS HEREBY ORDERED that the above-captioned bankruptcy is dismissed.