```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
In re:                                                       Case No. 15-05221-RNO
Michael Lynn Brant                                           Chapter 13
Deena Marie Brant
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: REshelman          Page 1 of 2         Date Rcvd: Feb 28, 2017
                             Form ID: ordsmiss        Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db/jdb         +Michael Lynn Brant,    Deena Marie Brant,    4280 Drybridge Road,    Glenville, PA 17329-9089
4750857        +3232 Newmark Drive,    Miamisburg, OH 45342-5421
4731936        +Brant Deena Marie,    4280 Drybridge Road,    Glenville, PA 17329-9089
4731935        +Brant Michael Lynn,    4280 Drybridge Road,    Glenville, PA 17329-9089
4731939        +Bureau Of Account Management,    3607 Rosemont,    Camp Hill, PA 17011-6904
4731940         Bureau of Collections & Tax payer,    PO Box 281041,    Harrisburg, PA 17128-1041
4731937        +DeArmond & Associates of York LLC,    18 S George St Ste 610,    York, PA 17401-1450
4731944        +EOS CCA,   700 Longwater Drive,    Norwell, MA 02061-1624
4731945         Genesis,   PO Box 4499,    Beaverton, OR 97076-4499
4731950        +PNC Bank,    3232 Newark Drive,    Miamisburg, OH 45342-5421
4774738        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
4742553        +PNC Bank, NA,    %Joshua I. Goldman, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4731948        +Pennsylvania Department Of Revenue,    PO Box 280432,    Harrisburg, PA 17128-0432
4731949        +People's Bank,    105 Leaders Heights Road PO Box 2887,    York, PA 17405-2887
4731952        +Udren Law Offices, PC,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4731938        +EDI: CINGMIDLAND.COM Feb 28 2017 18:58:00      AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
4731941        +EDI: CAPITALONE.COM Feb 28 2017 18:58:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
4731943        +EDI: RCSFNBMARIN.COM Feb 28 2017 18:58:00      Credit One Bank,    PO Box 60500,
                 City Of Industry, CA 91716-0500
4731946        +E-mail/Text: baugherj@hanoverhospital.org Feb 28 2017 19:05:13      Hanover Hospital,
                 300 Hiland Ave,    Hanover, PA 17331-2203
4731947        +EDI: IRS.COM Feb 28 2017 18:58:00      Internal Revenue Service,    PO Box 7346,
                 Centralized Insolvency Operations,    Philadelphia, PA 19101-7346
4779902         EDI: PRA.COM Feb 28 2017 18:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4754613         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 19:05:34
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
4731951        +E-mail/Text: tcm.bk@icba.tcmbank.com Feb 28 2017 19:05:49      TCM Bank, N.A.,
                 2701 North Rocky Point Drive,    Tampa, FL 33607-5936
4731953        +EDI: WFFC.COM Feb 28 2017 18:58:00      Wells Fargo,    PO Box 997517,
                 Sacramento, CA 95899-7517
4747549         EDI: WFFC.COM Feb 28 2017 18:58:00      Wells Fargo Bank N.A.,,
                 d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine CA 92623-9657
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4731942       ##+Commercial Acceptance Company,    2 West Main Street,    Shiremanstown, PA 17011-6326
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:

```
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Keith B DeArmond    on behalf of Debtor Michael Lynn Brant general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Keith B DeArmond    on behalf of Joint Debtor Deena Marie Brant general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Nicole Bernadette LaBletta    on behalf of Creditor   PNC Bank, National Association
           nlabletta@udren.com,  vbarber@udren.com
          Thomas I Puleo    on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Lynn Brant<br>Deena Marie Brant | Chapter 13 |
| | Case No. 1:15−bk−05221−RNO |
| **Debtor(s)** | |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: February 28, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: REshelman, Deputy Clerk