```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 15-05221-RNO
Michael Lynn Brant                                                  Chapter 13
Deena Marie Brant
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: May 17, 2017
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2017.
db/jdb          +Michael Lynn Brant,    Deena Marie Brant,    4280 Drybridge Road,    Glenville, PA 17329-9089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor Michael Lynn Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Joint Debtor Deena Marie Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Nicole Bernadette LaBletta    on behalf of Creditor   PNC Bank, National Association
               nlabletta@udren.com, vbarber@udren.com
              Thomas I Puleo    on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Michael Lynn Brant and | : | |
|     Deena Marie Brant, | : | |
|         Debtors | : | CHAPTER 13 |
| | : | |
| Charles J DeHart, III | : | CASE NO: 1:15-bk-05221-RNO |
| Chapter 13 Trustee | : | |
|     Movant | : | |
|     vs. | : | |
| Michael Lynn Brant and | : | |
| Deena Marie Brant, | : | |
|     Respondents | : | |

## ORDER REINSTATING CASE

AND NOW, upon consideration of Debtors' Motion to Reinstate Case, and all other matters of record, including a stipulation between Debtors and the Standing Chapter 13 Trustee, the Stipulation is approved and the case is REINSTATED.

By the Court,

Dated: May 16, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)