```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 15-05221-RNO
Michael Lynn Brant                                                  Chapter 13
Deena Marie Brant
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: REshelman             Page 1 of 2            Date Rcvd: May 22, 2017
                               Form ID: pdf010             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
```
db/jdb         +Michael Lynn Brant,    Deena Marie Brant,    4280 Drybridge Road,    Glenville, PA 17329-9089
4750857        +3232 Newmark Drive,    Miamisburg, OH 45342-5421
4731936        +Brant Deena Marie,    4280 Drybridge Road,    Glenville, PA 17329-9089
4731935        +Brant Michael Lynn,    4280 Drybridge Road,    Glenville, PA 17329-9089
4731939        +Bureau Of Account Management,    3607 Rosemont,    Camp Hill, PA 17011-6904
4731940         Bureau of Collections & Tax payer,    PO Box 281041,    Harrisburg, PA 17128-1041
4731941        +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
4731937         DeArmond & Associates of York LLC,    18 S George St Ste 610,    York, PA 17401-1450
4731944        +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
4731945         Genesis,    PO Box 4499,    Beaverton, OR 97076-4499
4731950        +PNC Bank,    3232 Newark Drive,    Miamisburg, OH 45342-5421
4774738        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
4742553        +PNC Bank, NA,   %Joshua I. Goldman, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4731948        +Pennsylvania Department Of Revenue,    PO Box 280432,    Harrisburg, PA 17128-0432
4731949        +People's Bank,    105 Leaders Heights Road PO Box 2887,    York, PA 17405-2887
4731952        +Udren Law Offices, PC,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
4731953        +Wells Fargo,    PO Box 997517,    Sacramento, CA 95899-7517
4747549         Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4731938        +E-mail/Text: g20956@att.com May 22 2017 19:10:37      AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
4731943        +E-mail/PDF: creditonebknotifications@resurgent.com May 22 2017 19:03:33      Credit One Bank,
                 PO Box 60500,    City Of Industry, CA 91716-0500
4731946        +E-mail/Text: baugherj@hanoverhospital.org May 22 2017 19:10:01      Hanover Hospital,
                 300 Hiland Ave,    Hanover, PA 17331-2203
4731947        +E-mail/Text: cio.bncmail@irs.gov May 22 2017 19:10:06      Internal Revenue Service,
                 PO Box 7346,    Centralized Insolvency Operations,    Philadelphia, PA 19101-7346
4779902         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2017 19:14:37
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4754613         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2017 19:10:15
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
4731951        +E-mail/Text: tcm.bk@icba.tcmbank.com May 22 2017 19:10:35      TCM Bank, N.A.,
                 2701 North Rocky Point Drive,    Tampa, FL 33607-5936
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4731942       ##+Commercial Acceptance Company,    2 West Main Street,    Shiremanstown, PA 17011-6326
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1             User: REshelman          Page 2 of 2              Date Rcvd: May 22, 2017
                                 Form ID: pdf010          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2017 at the address(es) listed below:

```
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Keith B DeArmond    on behalf of Debtor Michael Lynn Brant general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Keith B DeArmond    on behalf of Joint Debtor Deena Marie Brant general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Nicole Bernadette LaBletta    on behalf of Creditor    PNC Bank, National Association
           nlabletta@udren.com, vbarber@udren.com
          Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
|    **Michael Lynn Brant and** : | |
|    **Deena Marie Brant,** : | |
|       **Debtors** : | **CHAPTER 13** |
| : | |
| **Charles J DeHart, III** : | **CASE NO: 1:15-bk-05221-RNO** |
| **Chapter 13 Trustee** : | |
|    **Movant** : | |
|    vs. : | |
| **Michael Lynn Brant and** : | |
| **Deena Marie Brant,** : | |
|    **Respondents** : | |

ORDER REINSTATING CASE

AND NOW, upon consideration of Debtors' Motion to Reinstate Case, and all other matters of record, including a stipulation between Debtors and the Standing Chapter 13 Trustee, the Stipulation is approved and the case is REINSTATED.

Dated: May 16, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)