```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 15-05221-RNO
Michael Lynn Brant                                                  Chapter 13
Deena Marie Brant
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: May 31, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
db/jdb         +Michael Lynn Brant,   Deena Marie Brant,   4280 Drybridge Road,   Glenville, PA 17329-9089
               +Horst Group,   Columbia Cottage - Hanover,   Attn: Payroll,   320 Granite Run Road,
                  Lancaster, PA 17601-6806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Joint Debtor Deena Marie Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor Michael Lynn Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Nicole Bernadette LaBletta    on behalf of Creditor   PNC Bank, National Association
               nlabletta@udren.com, vbarber@udren.com
              Thomas I Puleo    on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

Case 1:15-bk-05221-RNO    Doc 80    Filed 06/02/17    Entered 06/03/17 00:52:27    Desc
                    Imaged Certificate of Notice    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL LYNN BRANT            CHAPTER 13
DEENA MARIE BRANT            CASE NO. 1:15-bk-05221-RNO
    DEBTOR(S)                    MOTION FOR WAGE ATTACHMENT
                                        TO PAY TRUSTEE

## ORDER TO PAY TRUSTEE

AND NOW, this 30th day of May, 2017, upon consideration of the above-referenced Debtors have filed a Petition under Chapter 13 of the Bankruptcy Court and having submitted all future income to the jurisdiction of this Court in accordance with statue,

**IT IS HEREBY ORDERED** that until further Order of this Court:

       Employer:    Horst Group
                        Columbia Cottage - Hanover
       ATTN:        Payroll
       Address:     320 Granite Run Road
                        Lancaster, PA 17604

Shall deduct from said Debtor's income the sum of $404.51 per bi-weekly pay, for a total of $876.43 per month, beginning on the next pay date and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

                        Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        PO Box 7005
                        Lancaster, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

By the Court,

*Robt N. Opel II*
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: May 31, 2017