Certificate Number: 14751-PAM-DE-034642098

Bankruptcy Case Number: 15-05221

14751-PAM-DE-034642098

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2020, at 8:30 o'clock PM PDT, Michael L Brant completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 7, 2020

By: /s/AMEY AIONO

Name: AMEY AIONO

Title: Certified Credit Counselor