Certificate Number: 14751-PAM-DE-034642095

Bankruptcy Case Number: 15-05221



14751-PAM-DE-034642095

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 7, 2020</u>, at <u>8:30</u> o'clock <u>PM PDT</u>, <u>DEENA M BRANT</u> completed a course on personal financial management given <u>by internet</u> by <u>$0$ BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>July 7, 2020</u>            By:   <u>/s/AMEY AIONO</u>

                                Name:  <u>AMEY AIONO</u>

                                Title:  <u>Certified Credit Counselor</u>