```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-05221-HWV
Michael Lynn Brant                                              Chapter 13
Deena Marie Brant
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Jul 08, 2020
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
              +Horst Group,  Columbia Cottage - Hanover,  Attn: Payroll,  320 Granite Run Road,
                Lancaster PA 17601-6806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association
               josh.goldman@padgettlawgroup.com,  bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Michael Lynn Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 2 Deena Marie Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Kevin  Buttery    on behalf of Creditor    PNC Bank, National Association kbuttery@rascrane.com
              Nicole Bernadette LaBletta    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,  brausch@pincuslaw.com
              Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RE:

MICHAEL LYNN BRANT
DEENA MARIE BRANT
    DEBTOR(S)

CHAPTER 13
CASE NO.: 1:15-bk-05221-HWV
MOTION TO TERMINATE WAGE
ATTACHMENT TO PAY TRUSTEE

### ORDER TO TERMINATE PAYMENTS TO TRUSTEE

Upon consideration of the Motion to Terminate Order to Pay Trustee filed by the Debtors, Michael Lynn Brant and Deena Marie Brant:

**IT IS HEREBY ORDERED** that until further Order of the Court:

Employer:   Horst Group
               Columbia Cottage - Hanover
Attention:   Payroll
Address:    320 Granite Run Road
               Lancaster PA 17604

Shall no longer deduct funds from the income of Deena Marie Brant.

Dated: July 8, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)