# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| MICHAEL LYNN BRANT | Case No.: 1-15-05221-HWV |
| DEENA MARIE BRANT | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**          **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SHELLPOINT MORTGAGE SERVICING |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 4280 Dry Bridge - PRE-ARREARS - 4164 |
| Property Address if applicable: | 4280 DRYBRIDGE ROAD, , GLENVILLE, PA17329 |

**PART 2:**          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $37,558.14 |
| b. | Prepetition arrearages paid by the Trustee: | $37,558.14 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $37,558.14 |

**PART 3:**          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  July 27, 2020                                    Respectfully submitted,


                                                         s/ Charles J. DeHart, III, Trustee
                                                         Standing Chapter 13 Trustee
                                                         Suite A, 8125 Adams Drive
                                                         Hummelstown, PA  17036
                                                         Phone:  (717) 566-6097
                                                         Fax:  (717) 566-8313
                                                         eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  SHELLPOINT MORTGAGE SERVICING
Court Claim Number:  03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1169176 | 06/13/2017 | $3,162.78 | $0.00 | $3162.78 |
| 5200 | 1172068 | 08/10/2017 | $759.66 | $0.00 | $759.66 |
| 5200 | 1173596 | 09/19/2017 | $1,519.32 | $0.00 | $1519.32 |
| 5200 | 1174862 | 10/11/2017 | $759.66 | $0.00 | $759.66 |
| 5200 | 1176199 | 11/08/2017 | $756.44 | $0.00 | $756.44 |
| 5200 | 1177583 | 12/05/2017 | $756.44 | $0.00 | $756.44 |
| 5200 | 1179013 | 01/11/2018 | $756.44 | $0.00 | $756.44 |
| 5200 | 1180389 | 02/08/2018 | $756.44 | $0.00 | $756.44 |
| 5200 | 1181750 | 03/08/2018 | $756.44 | $0.00 | $756.44 |
| 5200 | 1183120 | 04/03/2018 | $756.44 | $0.00 | $756.44 |
| 5200 | 1186246 | 05/15/2018 | $1,134.66 | $0.00 | $1134.66 |
| 5200 | 1187520 | 06/07/2018 | $756.44 | $0.00 | $756.44 |
| 5200 | 1188928 | 07/12/2018 | $756.44 | $0.00 | $756.44 |
| 5200 | 1190291 | 08/09/2018 | $756.44 | $0.00 | $756.44 |
| 5200 | 1191600 | 09/06/2018 | $756.44 | $0.00 | $756.44 |
| 5200 | 1192951 | 10/10/2018 | $1,134.66 | $0.00 | $1134.66 |
| 5200 | 1194297 | 11/08/2018 | $753.20 | $0.00 | $753.20 |
| 5200 | 1195702 | 12/13/2018 | $753.20 | $0.00 | $753.20 |
| 5200 | 1197072 | 01/10/2019 | $753.20 | $0.00 | $753.20 |
| 5200 | 1198183 | 02/07/2019 | $753.20 | $0.00 | $753.20 |
| 5200 | 1199461 | 03/12/2019 | $1,129.80 | $0.00 | $1129.80 |
| 5200 | 1200838 | 04/11/2019 | $753.20 | $0.00 | $753.20 |
| 5200 | 1202162 | 05/09/2019 | $753.20 | $0.00 | $753.20 |
| 5200 | 1203471 | 06/06/2019 | $753.20 | $0.00 | $753.20 |
| 5200 | 1204874 | 07/11/2019 | $753.20 | $0.00 | $753.20 |
| 5200 | 1206223 | 08/07/2019 | $753.20 | $0.00 | $753.20 |
| 5200 | 1207712 | 09/26/2019 | $1,524.20 | $0.00 | $1524.20 |
| 5200 | 1208817 | 10/10/2019 | $394.40 | $0.00 | $394.40 |
| 5200 | 1209975 | 11/07/2019 | $754.82 | $0.00 | $754.82 |
| 5200 | 1211459 | 12/12/2019 | $754.82 | $0.00 | $754.82 |
| 5200 | 1212821 | 01/16/2020 | $1,132.23 | $0.00 | $1132.23 |
| 5200 | 1214169 | 02/13/2020 | $754.82 | $0.00 | $754.82 |
| 5200 | 1215478 | 03/12/2020 | $754.82 | $0.00 | $754.82 |
| 5200 | 9007086 | 04/14/2020 | $754.82 | $0.00 | $754.82 |
| 5200 | 9007285 | 05/06/2020 | $728.12 | $0.00 | $728.12 |
| 5200 | 9007541 | 06/02/2020 | $6,061.35 | $0.00 | $6061.35 |

Re:

| | |
|---|---|
| MICHAEL LYNN BRANT | Case No.: 1-15-05221-HWV |
| DEENA MARIE BRANT | Chapter 13 |
|        Debtor(s) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 27, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1ˢᵗ Class mail, unless served electronically.

KEITH B. DeARMOND, ESQUIRE           SERVED ELECTRONICALLY
2951 WHITEFORD ROAD
SUITE 101
YORK PA,  17402-7624


NEWREZ LLC           SERVED BY 1ˢᵗ CLASS MAIL
DBA SHELLPOINT MORTGAGE SERV ICING
PO BOX 10826
GREENVILLE, SC,  29603


MICHAEL LYNN BRANT           SERVED BY 1ˢᵗ CLASS MAIL
DEENA MARIE BRANT
4280 DRYBRIDGE ROAD
GLENVILLE, PA  17329


I certify under penalty of perjury that the foregoing is true and correct.


Date: July 27, 2020           s/  Donna Schott
                                      Charles J. DeHart, III, Trustee
                                      Standing Chapter 13 Trustee
                                      Suite A, 8125 Adams Drive
                                      Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  dehartstaff@pamd13trustee.com