In re:                                                    Case No. 15-05221-HWV
Michael Lynn Brant                                        Chapter 13
Deena Marie Brant
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1              Date Rcvd: Sep 15, 2020
                           Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db/jdb          +Michael Lynn Brant,    Deena Marie Brant,    4280 Drybridge Road,    Glenville, PA 17329-9089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association
               josh.goldman@padgettlawgroup.com,    kevin.shatley@padgettlawgroup.com
              Keith B DeArmond    on behalf of Debtor 2 Deena Marie Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 1 Michael Lynn Brant general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Kevin  Buttery    on behalf of Creditor    PNC Bank, National Association kbuttery@rascrane.com
              Nicole Bernadette LaBletta    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,    brausch@pincuslaw.com
              Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Lynn Brant,                              Chapter          13

      **Debtor 1**

                                 Case No.        1:15–bk–05221–HWV

Deena Marie Brant,

      **Debtor 2**


Social Security No.:

                 xxx–xx–9565                    xxx–xx–4555

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)


is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  September 15, 2020                 By the Court,

                                         *Henry W. Van Eck*

                                         Honorable Henry W. Van Eck
                                         Chief Bankruptcy Judge
                                         By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)